BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Sphere Acquisition, LLC*

Electronically Filed March 8, 2022

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

BELLA HOSPITALITY GROUP, LLC,
2225 Village Walk Drive, Suite 181
Henderson, NV 89052
EIN: Unknown

Debtor.

Case No. BK-22-10452-abl

Chapter 7 (Involuntary)

**REQUEST FOR ENTRY OF ORDER FOR RELIEF IN AN INVOLUNTARY CASE UPON DEFAULT**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Involuntary Petition Against a Non-Individual (Docket No. 1) (the "Petition"), filed by Sphere Acquisition, LLC on February 9, 2022 and served on February 11, 2022 along with the Court's duly issued Summons. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Petition appears thereon. Pursuant to the Summons, an answer to the Petition was to be filed and served within 21 days after the service of the Summons, which expired on March 4, 2022.

/ / /

/ / /

1

131661176.1

1    Pursuant to Fed. R. Bankr. P. 1011 and LR 1013, it is hereby respectfully requested that an

2  Order for Relief be entered at the earliest convenience of the Court.  A proposed Order for Relief in

3  accordance with Official Form No. B2530 is attached hereto as **Exhibit A.**

4    Dated this 8th day of March, 2022.

**FOX ROTHSCHILD LLP**

By:    */s/Brett A. Axelrod*
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
*Counsel for Sphere Acquisition, LLC, Petitioning Creditor*

131661176.1

# EXHIBIT A

131661176.1

**PROPOSED ORDER**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for Sphere Acquisition, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-22-10452-abl |
|---|---|
| BELLA HOSPITALITY GROUP, LLC, 2225 Village Walk Drive, Suite 181 Henderson, NV 89052 EIN: Unknown | Chapter 7 (Involuntary) **ORDER FOR RELIEF IN AN INVOLUNTARY CASE** |
| Debtor. | |

Upon consideration of the *Request for Entry of an Order for Relief in an Involuntary Case Upon Default* (the "Request") filed by Sphere Acquisition, LLC, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Request is granted in its entirety.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By:   */s/Brett A. Axelrod*
     BRETT A. AXELROD, ESQ.
     *Counsel for Sphere Acquisition, LLC*

1

131593634.1